COSTELLO, Appellant, v. NEW YORK, O. & W. RY. CO., Respondent.

. (Supreme Court, General Term, Fourth Department.    May 18, 1894.)

Action by Ellen Costello, as administratrix, etc., against the New York, Ontario & Western Railway Company.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion.    Judgment affirmed, with costs.

---

EAMES et al., Appellants, v. MORGAN et al., Respondents.

(Supreme Court, General Term, Fourth Department.    May 18, 1894.)

Action by Willfred Eames and others against Judson P. Morgan and others.
Judgment affirmed, with costs.    Memorandum by Vann, J.    .

---

FIRST NAT. BANK OF SYRACUSE, Respondent, v. WILCOX, Appellant.

(Supreme Court, General Term, Fourth Department.    May 18, 1894.)

Action by the First National Bank of Syracuse against Dwight Wilcox, impleaded, etc.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion.    Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs.

---

GRAY, Appellant, v. PLATT, Respondent.

(Supreme Court, General Term, Fourth Department.    May 18, 1894.)

Action by Abner P. Gray against Jerome R. Platt.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion.    Judgment of the county court affirmed, with costs.

---

In re ALLEN.

GROSS, Appellant, v. TOTMAN, Respondent.

(Supreme Court, General Term, Fourth Department.    May 18, 1894.)

Final accounting of Van Buren Gross, as sole surviving assignee of William H. Allen.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion.    Order affirmed, with $10 costs and disbursements.

---

HOOD, Respondent, v. WEAVER, Appellant.

(Supreme Court, General Term, Fourth Department.    May 18, 1894.)

Action by George L. Hood against Rollin L. Weaver.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion.    Order affirmed, with costs.